**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Daniel SORANNO, Appellant.**

**No. 71-1120.**

United States Court of Appeals,
Ninth Circuit.

June 3, 1971.

J. B. Tietz (argued), Los Angeles, Cal., for appellant.

Brewster Q. Morgan, Asst. U. S. Atty., (argued), Dwayne Keyes, U. S. Atty., Sacramento, Cal., for appellee.

Before CHAMBERS, MERRILL and ELY, Circuit Judges.

PER CURIAM:

The judgment of conviction is reversed under the authority of United States v. Mount, 9 Cir., 438 F.2d 1072.

**Merle Don ROTHMAN, Trustee,
Appellant,**

v.

**JOHN F. FORBES & CO., Claimant,
Appellee.**

**No. 25306.**

United States Court of Appeals,
Ninth Circuit.

June 3, 1971.

Richard S. Berger (argued), Bernard Shapiro, of Gendel, Raskoff, Shapiro & Quittner, Los Angeles, Cal., for appellee.

Before CHAMBERS, MERRILL and ELY, Circuit Judges.

PER CURIAM:

On review here are two items of accountants' fees in the amounts of $2,413.35 and $4,117.85 as allowed preferences in bankruptcy proceedings.

We find the allowance of the $2,413.35 was clearly erroneous, which appellee virtually concedes.

We cannot find the award of $4,117.85 was clearly erroneous.

Remanded for a modification consistent herewith.